IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TITUS JONES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 118-206 |
| | * | |
| SHUNYA POOLE, | * | |
| | * | |
| Defendant. | * | |

O R D E R

This case is currently administratively closed pending the outcome of a related quiet title action in the Superior Court of Wilkes County, Georgia.  (Doc. 71.)  The Superior Court action was scheduled for trial in May 2022; however, Defendant shows that although the case was on the Superior Court trial calendar, it was not reached.  (Doc. 73.)

Accordingly, the Court **DIRECTS** the Parties to file a joint status report every **THIRTY (30) DAYS**, beginning July 1, 2022, detailing the status of their case, including the status of their related case in the Superior Court of Wilkes County.  The Parties **SHALL** provide status updates until such time as the related case is resolved.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA