AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TITUS JONES,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 1:18-cv-206

SHUNYA POOLE,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated February 16, 2024, the Court grants Defendants' Motion for Summary Judgment in part as it relates to Plaintiff's real property claims. Plaintiff's personal property claims are DISMISSED WITH PREJUDICE. This case stands closed.

02/16/2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*Ericka Kerr*

*(By) Deputy Clerk*

GAS Rev 10/2020